1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MIGUEL GUTIERREZ-MENDOZA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   NO. 1:05cr00186 OWW
                                     )
12         Plaintiff,                )   STIPULATION TO CONTINUE CHANGE OF
                                     )   PLEA HEARING, AND  ORDER THEREON
13     v.                            )
                                     )
14 MIGUEL GUTIERREZ-MENDOZA,         )   Date:   September 19, 2005
                                     )   Time:   1:30 P.M.
15         Defendant.                )   Judge:  Hon. Oliver W. Wanger
                                     )
16 _____ )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that the change of plea hearing in the above-referenced matter now set for August 8, 2005, **may**

20 **be continued September 19, 2005 at 1:30 P.M.**

21         This stipulation is presented to the Court at the request of counsel for defendant to allow time

22 to complete investigation and obtain necessary documents prior to the hearing.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

                                              McGREGOR W. SCOTT
United States Attorney

DATED: August 4, 2005             By  /s/ Ann H. Voris with consent of Marianne A. Pansa
MARIANNE A. PANSA
Assistant U.S. Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 4, 2005             By  /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Miguel Gutierrez-Mendoza

## **O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

DATED: August 8, 2005             /s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California